In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-176 CR


____________________



JOHN GRANT, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 99236






MEMORANDUM OPINION


 John Grant was convicted and sentenced on an indictment for delivery of a simulated
controlled substance. Grant filed a notice of appeal on March 26, 2007. The trial court
entered a certification of the defendant's right to appeal in which the court certified that this
is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certification has been provided to the Court of Appeals by the
district clerk.

 On April 5, 2007, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered May 23, 2007

Do not publish


Before Gaultney, Kreger and Horton, JJ.